L. CHRISTOPHER ROSE, ESQ.
Nevada Bar No. 7500
JOLLEY URGA WOODBURY & LITTLE
3800 Howard Hughes Parkway
Sixteenth Floor
Wells Fargo Tower
Las Vegas, Nevada 89169
Tel: (702) 699-7500
Fax: (702) 699-7555
lcr@juww.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GITA GREEN, INC. | Case No.: 2:14-cv-00715-JAD-GWF |
| Plaintiff, | |
| vs. | |
| WEPE INDUSTRY, L.L.C. | |
| Defendant. | |

**STIPULATION TO EXTEND TIME AND SET BRIEFING FOR EMERGENCY**
**MOTION FOR PRELIMINARY INJUNCTION**
**(First Request)**

Plaintiff Gita Green, Inc. and Defendant WePe Industry, L.L.C., by and through their respective counsel, hereby stipulate to extend the time for Defendant to file its opposition and Plaintiff to file its reply in regard to Plaintiff's Emergency Motion for Preliminary Injunction filed May 28, 2014 (Doc. No. 6). The reason for the stipulation is to provide the parties adequate time to review and brief the issues raised in the Motion. The parties, having negotiated in good faith, agree to the dates set forth herein for the remaining briefing:

/ / /

/ / /

/ / /

/ / /

1

| | |
|---|---|
| Date for Defendant to file opposition: | June 20, 2014 |
| Date for Plaintiff to file reply: | July 3, 2014 |

DATED this 16th day of June, 2014.    DATED this 16th day of June, 2014.

/s/ L. Christopher Rose, Esq.    /s/ Shane W. Clayton, Esq.

| | |
|---|---|
| L. Christopher Rose, Esq. | Shane W. Clayton, Esq. |
| Nevada Bar No. 7500 | Nevada Bar No. 8783 |
| lcr@juww.com | sclayton@djplaw.com |
| JOLLEY URGA WOODBURY & LITTLE | DURHAM JONES & PINEGAR |
| 3800 Howard Hughes Parkway | 10785 W. Twain Avenue, Suite 200 |
| Sixteenth Floor | Las Vegas, Nevada 89135 |
| Wells Fargo Tower | Tel: (702) 870-6060 |
| Las Vegas, Nevada 89169 | Fax: (702) 870-6090 |
| Tel: (702) 699-7500 | |
| Fax: (702) 699-7555 | *Attorneys for Plaintiff Gita Green, Inc.* |

Aaron W. Davis
[*Pro hac vice to be filed*]
davis@ptslaw.com
PATTERSON THUENTE PEDERSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2100
Tel: (612) 349-5740
Fax: (612) 349-9266
*Attorneys for Defendant*
*WePe Industry, L.L.C.*

## ORDER

**IT IS SO ORDERED**.  The Court shall hear the Motion for Preliminary Injunction [Doc. 6] at **1:30 p.m.** on **July 10, 2014**.

Dated:  June 16, 2014.

_____
UNITED STATES DISTRICT JUDGE