SHANE W. CLAYTON, ESQ.
Nevada Bar No. 8783
**DURHAM JONES & PINEGAR**
10785 W. Twain Ave., Suite 200
Las Vegas, Nevada 89135
Telephone: (702) 870-6060
Facsimile:  (702) 870-6090
sclayton@djplaw.com
*Attorney for Plaintiff Gita Green, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GITA GREEN, INC., | Case No.: 2:14-cv-00715-JAD-GWF |
| Plaintiff, | |
| vs. | |
| WEPE INDUSTRY, L.L.C. | |
| Defendant. | |

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO FILE DOCUMENT UNDER SEAL

The Court having considered Plaintiff, Gita Green, Inc.'s Ex Parte Motion to File Document Under Seal, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff be allowed to file the Salmon River Innovations, Inc. Profit & Loss Statement under seal.

Dated: July 2, 2014.

_____
UNITED STATES DISTRICT JUDGE

DURHAM
JONES &
PINEGAR
10785
W. Twain Ave.
Suite 200
Las Vegas, NV
89135
(702) 870-6060

LV_222824.1

Page 1 of 1